ANDY ANDERSON v. STATE.

No. A-498.    Opinion Filed June 20, 1911.

Appeal from Jefferson County Court; G. M. Bond, Judge.

Bridges & Vertrees and Gilbert & Bond, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM.    This is a companion case to No. A-501, Woodie

Stuart, plaintiff in error, v. State of Oklahoma, defendant in error, infra. For the reasons given in the opinion in that case this cause is reversed and remanded for a new trial.